No. 88–156. DAVISON ET AL. *v.* LOWERY ET AL. Sup. Ct. Ala. Certiorari denied.

No. 88–159. UNISYS CORP. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 88–164. WEYERHAEUSER CO. *v.* BRACAMONTES ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–165. ROMANN *v.* SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–166. LEVERT *v.* LEVERT. C. A. 5th Cir. Certiorari denied.

No. 88–167. FINNEGAN *v.* MARYLAND. Cir. Ct. Md., Montgomery County. Certiorari denied.

No. 88–172. SKAW ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 88–174. LOEBNER ET UX. *v.* FRANCHISE TAX BOARD OF CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 88–175. WADE *v.* GOODWIN, DIRECTOR OF ARKANSAS STATE POLICE. C. A. 8th Cir. Certiorari denied.

No. 88–178. BROZYNA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–184. DOUGLAS *v.* MAPOTHER & MAPOTHER ET AL. Sup. Ct. Ky. Certiorari denied.

No. 88–185. LINK MANUFACTURING CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 88–186. TEW *v.* ARKY, FREED, STEARNS, WATSON, GREER, WEAVER & HARRIS, P. A., ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–187. GROSS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.